UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

MARIANA ARBELAEZ
*as next friend of Andres Arango*,

                       Petitioner,

v.                                                No. 1:25-CV-00290-H

COLONEL VALDEZ,

                       Respondent.

### ORDER

On December 29, 2025, Mariana Arbelaez, a third-party, non-lawyer individual, filed this 28 U.S.C. § 2241 habeas petition on behalf of Andres Arango, an immigrant detainee confined in the Eden Detention Center, which lies in the San Angelo Division of this Court. Dkt. No. 1; *see* 28 U.S.C. § 124(a)(4).

On January 5, 2026, Arbelaez filed a duplicative Section 2241 petition in the San Angelo Division after determining that she had filed the first petition in the wrong division. *See* Dkt. Nos. 1, 1-1, Case No. 6:26-CV-00001-H. In her attached letter dated December 31, 2025, Arbelaez asks the Court to accept the "corrected filing" and proceed with reviewing it in the San Angelo Division, where Arango is confined. *See id.* at Dkt. No. 1-1.

Federal Rule of Civil Procedure 41(a) permits a petitioner to dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). After reviewing the procedural posture of this case and taking judicial notice of the pleadings filed in Case No. 6:26-CV-00001-H, the Court finds that Arbelaez's December 31 letter filed in that case serves as her self-executing

notice to voluntary dismiss this action under Rule 41(a). The Court therefore directs the Clerk to close this case.

Arbelaez's Section 2241 petition remains pending before the Court in Case No. 6:26-CV-00001-H. However, the Court expresses no opinion on the propriety of the petition or its underlying merits at this time.

Any future pleadings related to Arango's immigrant detention must be filed in Case No. 6:26-CV-00001-H.

So ordered.

Dated January 8, 2026.

_____
JAMES WESLEY HENDRIX
United States District Judge